**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Nehemiah Kong**, <br><br>　　　　　　　　Plaintiff, <br><br>　　　v. <br><br> **TMO, Inc.,** a California Corporation, <br><br>　　　　　　　　Defendant. | Case No. CV 15-7777 DMG (PJWx) <br><br> **DEFAULT JUDGMENT** |

This Court having granted Plaintiff Nehemiah Kong's motion for default judgment by order dated February 5, 2016 [Doc. # 17],

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff and against Defendant in the amount of $4,000 in statutory damages, $2,975 in attorney's fees, and $420 in costs, for a total of $7,395.

DATED: February 5, 2016

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE